# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| MICHAEL STOREY,<br>    Plaintiff | )<br>)<br>)<br>)   Case No. 15-CV-1310<br>) |
| CITY OF ALTON, IL<br>    Defendant, | )<br>)<br>) |

### Motion to Leave to Amend Complaint
### (Non-Prisoner)

Plaintiff asks the Court to Leave to amend previous filed Complaint for this reason:

1. Plaintiff erred on the 5th line of Statement of Claim by using the word Plaintiff when the correct word should have been Defendant.

Plaintiff regrets this error and asks the court to allow him to file an amended complaint correcting this error.

Signed on: 12-2-15         _Michael R Storey_

1787 Storey Lane         MICHAEL R STOREY

Alton, IL 62002

# **CERTIFICATE OF SERVICE**

I certify that a copy of this

**Motion to Leave to Amend Complaint**

Was mailed to Mayor Brant Walker, City of Alton, IL, 101 E. 3rd Street, Alton, IL 62002 on 12-3-2015

_____
Michael R. Storey

_____
MICHAEL R STOREY