# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

MICHAEL STOREY, )
    Plaintiff )
)
)    Case No. 15-CV-1310
CITY OF ALTON, IL )
    Defendant, )
)

## AMENDED PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. s 1331, 28 U.S.C. 1343(A)(3), AND OR 42 U.S.C. 1983.

Defendant has and continues to violate the Plaintiff's rights provided under the 14th amendment to equal protection under the law.

II. **PARTIES**

Plaintiff:

    A. Plaintiff, Michael R. Storey, a citizen of Illinois who resides at 1787 Storey Lane, Alton, IL, alleges that his civil rights were and are being violated by the defendants named below.

Defendant #1

    B. Defendant being the City of Alton, Illinois, its elected and appointed officials and its employees. The Defendant being a form of local government.

Numerous elected and appointed officials in conjunction with their employees personally participated in causing my injury and I want money damages.

The policy or custom of these officials of this government agency violates my rights, and I seek injunctive relief to stop their actions.

### III.  PREVIOUS LAWSUITS

A. There are no other lawsuits filed in this court by this Plaintiff

### IV.  STATEMENT OF CLAIM

The City of Alton, IL has and continues to violate my rights to equal protection by the law. Since 1999 the Defendant has used its position to prevent me from developing a tract of land I own with-in the City. Their reason for their actions is that the property is properly zoned for manufactured homes and they do not want it developed as such. The Defendant has refused to accept valid preliminary plats under false pretences and continuously cites me for ordinance violations that do not exist in an effort for to make me abandon my plans to develop my property. They allow my neighbors to violate City Code and refuse to take action to make them comply. I have filed over 150 complaints about surrounding property owners and not one has been fined for any of these obvious violations while I have been in court 17 times for my efforts to develop this land. I have been forced to resort to allowing the grass to grow and be baled the same as one of the neighbors, but guess what, they are taking me to court. They claim I do not have enough water supply for my project, yet they continue to annex property into the city in the same area with the same water supply.

They are denying me the use of my land and have since 1999.

They are using Selective Prosecution and Malicious Prosecution.

They are denying me equal protection under the law.

### V.  REQUEST FOR RELIEF

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $250.000.00

Punitive damages in the amount of $1,000,000.00

## VI.   JURY DEMAND

The Plaintiff does not request a jury trial.

# DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: /2-2-15        *Michael R Storey*

1787 Storey Lane        MICHAEL R STOREY

Alton, IL 62002

# CERTIFICATE OF SERVICE

I certify that a copy of this

## AMENDED PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

Was mailed to Mayor Brant Walker, City of Alton, IL, 101 E. 3rd Street, Alton, IL 62002 on 12-3-2015

*Michael R. Storey*
Michael R. Storey

*MIChyEL R STOREY*