# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Michael Storey
*Plaintiff(s)*

v.

Case Number: 15-1310-JPG-PMF

City of Alton, IL
*Defendant(s)*

# ORDER OF REFERENCE

**IT IS ORDERED** that this case is referred to a United States Magistrate Judge of the Southern District of Illinois to conduct all proceedings (including a jury or nonjury trial) and to order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

Dated: January 13, 2016

s/J. Phil Gilbert
UNITED STATES DISTRICT JUDGE

This Case is reassigned to Magistrate Judge Frazier. All further documents must bear case number 15-1310-PMF.